Herbert Theodore Patty, State Bar No. 255,502
**The Law Office of Herbert T. Patty**
111 North Market Street, Suite 300
San Jose, CA 95113
Cell:   408-520-8701
Fax:   408-549-9931
E-Mail:  herbert@htplaw.com; docketing@htplaw.com; htpattylaw@gmail.com

Attorney for Plaintiff BOSKO KANTE p/k/a BOSKO KANTE

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BOSKO KANTE p/ka/ BOSKO KANTE, an individual,<br><br>  Plaintiff,<br>  v.<br><br>DUA LIPA, an individual; STEPHEN KOZMENIUK p/k/a/ KOZ, an individual; WARNER MUSIC GROUP, CORP., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 2:23-CV-06186-HDV-PD<br><br>**APPLICATION OF PLAINTIFF BOSKO KANTE FOR ENTRY OF DEFAULT AGAINST DEFENDANT WARNER MUSIC GROUP, CORP.** |

  Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Bosko Kante by and through its undersigned counsel, respectfully requests that the Clerk of Court enter default against Defendant Warner Music Group, Corp., on the basis that the record in this case demonstrates that the Defendant has failed to respond to the Summons and Complaint with the time prescribed by the Federal Rules of Civil Procedure. The grounds for this Application are set forth in the accompanying Declaration of Herbert T. Patty, filed concurrently herewith.

//

//

//

1 | Dated: October 13, 2023         Respectfully submitted,

*Herbert T. Patty*
Herbert T. Patty, Esq.
Attorney for Plaintiff
BOSKO KANTE

# PROOF OF SERVICE

I, Herbert T. Patty, certify and declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 111 North Market Street, San Jose, CA 95113. I am employed in the County of Santa Clara where this service occurs.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**APPLICATION OF PLAINTIFF BOSKO KANTE FOR ENTRY OF DEFAULT AGAINST DEFENDANT WARNER MUSIC GROUP, CORP.**

☐ (BY MAIL) I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service. Correspondence so collected and processed is deposited with the U.S. Postal Service that same day in the ordinary course of business. I placed for deposit in the United States Post Service in a sealed envelope, with postage fully prepaid, to the addressee(s) below.

☐ (BY PERSONAL SERVICE) I personally delivered the above document(s) by hand between 9:00 a.m. and 5:00 p.m. to the office of the addressee(s) below.

☐ (BY OVERNIGHT DELIVERY) I deposited in a box or other facility regularly maintained by Federal Express an express service carrier or delivered to a courier or driver authorized by said express service carrier to receive such envelope(s) to be delivered by overnight delivery, with delivery fees paid or provided for, addressed to the person(s) on whom it is to be served below.

☑ (BY ELECTRONIC SERVICE) I transmitted via electronic service to the offices of the addressee(s) below as stated on the attached service list on this date.

**Defendant's Counsel**
Bradley Mullins
David Steinberg
Mitchell Silberberg & Knupp LLP
2049 Century Park E
Los Angeles, CA 90067
Email: bym@msk.com
       DAS@msk.com

I certify and declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: October 13, 2023

_____
Herbert T. Patty
Attorney for Plaintiffs

Application for Entry of Default Against
Defendant Warner Music Group, Corp.
2:23-CV-06186-HDV-PD