Herbert Theodore Patty, State Bar No. 255,502
**The Law Office of Herbert T. Patty**
111 North Market Street, Suite 300
San Jose, CA 95113
Cell:   408-520-8701
Fax:    408-549-9931
E-Mail:  herbert@htplaw.com; docketing@htplaw.com; htpattylaw@gmail.com

Attorney for Plaintiff BOSKO KANTE p/k/a BOSKO KANTE

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| BOSKO KANTE p/ka/ BOSKO KANTE, an individual,<br><br>    Plaintiff,<br>  v.<br><br>DUA LIPA, an individual; STEPHEN KOZMENIUK p/k/a/ KOZ, an individual; WARNER MUSIC GROUP, CORP., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:23-CV-06186-HDV-PD<br><br>**DECLARATION OF HERBERT T. PATTY IN SUPPORT OF APPLICATION OF PLAINTIFF BOSKO KANTE FOR ENTRY OF DEFAULT AGAINST DEFENDANT WARNER MUSIC GROUP, CORP.** |

I, Herbert T. Patty, hereby declare the following:

1. I am Counsel at The Law Office of Herbert T. Patty, counsel of record for Plaintiff Bosko Kante in this action. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify to the truth of the matters set forth herein.

2. A Complaint in this matter was filed on July 31, 2023 (Dkt. 1) and a Summons was requested to be issued to Defendant Warner Music Group, Corp., August 10, 2023. (Dkt. 20). A Summons was issued by the Clerk of Court as to Defendant Warner Music Group, Corp., on August 10, 2023 (Dkt. 23)

Declaration of Herbert T. Patty in Support
of Application for Entry of Default Against
Defendant Warner Music Group, Corp.
2:23-CV-06186-HDV-PD

-1-

3. The Summons and Complaint were personally served on the registered agent located at 330 N. Brand Boulevard, Glendale, California 91203 on August 25, 2023.

4. A Proof of Service was filed with the Court October 11, 2023. (Dkt. 26)

5. More than twenty-one (21) days have elapsed since Defendant Warner Music Group, Crop., was served, and the Defendant has failed to answer or otherwise defend as required by the Federal Rules of Civil Procedure. The time for Defendant to answer or otherwise defend has expired.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 13, 2023, in Cupertino, California.

*Herbert T. Patty*
_____
Herbert T. Patty, Esq.
Attorney for Plaintiff
BOSKO KANTE

Declaration of Herbert T. Patty in Support
of Application for Entry of Default Against
Defendant Warner Music Group, Corp.
2:23-CV-06186-HDV-PD

-2-