# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
## PA 2-270-181

**Effective Date of Registration:**
November 14, 2020
**Registration Decision Date:**
January 06, 2021

## Title
        Title of Work:   Levitating

## Completion/Publication
       Year of Completion:   2019
   Date of 1st Publication:   March 27, 2020
 Nation of 1st Publication:   United States

## Author

                Author:   Bosco Kante
       Author Created:   music, lyrics, musical arrangement
   Work made for hire:   No
           Citizen of:   United States
           Year Born:   1971

                Author:   Dua Lipa
       Author Created:   music, lyrics
   Work made for hire:   No
           Citizen of:   United Kingdom
           Year Born:   1995

                Author:   Clarence Coffee Jr.
       Author Created:   music, lyrics
   Work made for hire:   No
           Citizen of:   United States
           Year Born:   1990

                Author:   Sarah Hudson
       Author Created:   music, lyrics
   Work made for hire:   No
           Citizen of:   United States
           Year Born:   1990

- **Author:** Stephen Kozmeniuk
  **Author Created:** music, lyrics, musical arrangement
  **Work made for hire:** No
  **Citizen of:** Canada
  **Year Born:** 1990

## Copyright Claimant

**Copyright Claimant:** Bosco Kante
4400 Keller Ave, Ste 140 PMB 118, Oakland, CA, 94605, United States

**Copyright Claimant:** Dua Lipa
2337 Clark Ave, Venice, CA, 90291, United States

**Copyright Claimant:** Clarence Coffee Jr.
2337 Clark Ave, Venice, CA, 90291, United States

**Copyright Claimant:** Sarah Hudson
2337 Clark Ave, Venice, CA, 90291, United States

**Copyright Claimant:** Stephen Kozmeniuk
2337 Clark Ave, Venice, CA, 90291, United States

## Rights and Permissions

**Name:** Bosco Kante
**Email:** boscokante@gmail.com
**Telephone:** (323)481-7372
**Address:** 4400 Keller Ave
Ste 140 PMB 118
Oakland, CA 94605 United States

## Certification

**Name:** Bosco Kante
**Date:** November 14, 2020