# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**PA 2-270-181**

**Effective Date of Registration:**
November 14, 2020

**Registration Decision Date:**
January 06, 2021

## Title

| | |
|---|---|
| Title of Work: | Levitating |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2019 |
| Date of 1st Publication: | March 27, 2020 |
| Nation of 1st Publication: | United States |

## Author

- | | |
  |---|---|
  | Author: | Bosco Kante |
  | Author Created: | music, lyrics, musical arrangement |
  | Work made for hire: | No |
  | Citizen of: | United States |
  | Year Born: | 1971 |

- | | |
  |---|---|
  | Author: | Dua Lipa |
  | Author Created: | music, lyrics |
  | Work made for hire: | No |
  | Citizen of: | United Kingdom |
  | Year Born: | 1995 |

- | | |
  |---|---|
  | Author: | Clarence Coffee Jr. |
  | Author Created: | music, lyrics |
  | Work made for hire: | No |
  | Citizen of: | United States |
  | Year Born: | 1990 |

- | | |
  |---|---|
  | Author: | Sarah Hudson |
  | Author Created: | music, lyrics |
  | Work made for hire: | No |
  | Citizen of: | United States |
  | Year Born: | 1990 |

- **Author:** Stephen Kozmeniuk
  **Author Created:** music, lyrics, musical arrangement
  **Work made for hire:** No
  **Citizen of:** Canada
  **Year Born:** 1990

## Copyright Claimant

**Copyright Claimant:** Bosco Kante
4400 Keller Ave, Ste 140 PMB 118, Oakland, CA, 94605, United States

**Copyright Claimant:** Dua Lipa
2337 Clark Ave, Venice, CA, 90291, United States

**Copyright Claimant:** Clarence Coffee Jr.
2337 Clark Ave, Venice, CA, 90291, United States

**Copyright Claimant:** Sarah Hudson
2337 Clark Ave, Venice, CA, 90291, United States

**Copyright Claimant:** Stephen Kozmeniuk
2337 Clark Ave, Venice, CA, 90291, United States

## Rights and Permissions

**Name:** Bosco Kante
**Email:** boscokante@gmail.com
**Telephone:** (323)481-7372
**Address:** 4400 Keller Ave
Ste 140 PMB 118
Oakland, CA 94605 United States

## Certification

**Name:** Bosco Kante
**Date:** November 14, 2020