# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**SR 890-529**

**Effective Date of Registration:**
November 13, 2020
**Registration Decision Date:**
February 11, 2021

## Title

**Title of Work:** Levitating featuring Bosko "ElectroSpit" Kante Talkbox

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 27, 2020
**Nation of 1st Publication:** United States

## Author

- **Author:** Bosco Kante
  **Author Created:** sound recording
  **Citizen of:** United States
  **Year Born:** 1971

## Copyright Claimant

**Copyright Claimant:** Bosco Kante
4400 Keller Ave, Ste 140 PMB 118, Oakland, CA, 94605

## Rights and Permissions

**Name:** Bosco Kante
**Email:** boscokante@gmail.com
**Telephone:** (323)481-7372
**Address:** 4400 Keller Ave
Ste 140 PMB 118
Oakland, CA 94605 United States

## Certification

Page 1 of 2

**Name:** Bosco Kante
**Date:** November 13, 2020

**Correspondence:** Yes