UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No. __2:23-cv-06186-CV-PDx__                     Date. __August 10, 2026__


Title     ___Bosko Kante v. Dua Lipa, et al.___


Present:  The Honorable:   Patricia Donahue, United States Magistrate Judge


|  Isabel Verduzco  |  Court Smart 8/4/2026  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
|:---:|:---:|
| Na'il Benjamin | Bradley J. Mullins |
| Herbert T. Patty | |

**Proceedings:        Informal Discovery Conference (via Zoom)**


On August 4, 2026, the Court conducted an informal discovery conference via zoom webinar.  Counsel, the Court, and court staff all appeared in that manner.[1]


The Court conducted the conference in response to the parties' email to the Court dated July 23, 2026, a copy of which is attached.  If the parties file a Local Rule 37 Joint Submission addressing the issue raised in the email and discussed at the informal discovery conference, they must do so by August 18, 2026. The informal discovery conference qualifies as the prefiling conference of counsel required by Local Rule 37-.1.


Attachment:  Email dated July 23, 2026                    Time in Court: :40


---

[1] Recording or re-broadcasting of the proceedings is strictly prohibited.

---

CV-90 (03/15)                     Civil Minutes – General                     Page **1** of **1**