MITCHELL SILBERBERG & KNUPP LLP
DAVID A. STEINBERG (SBN 130593)
das@msk.com
BRADLEY J. MULLINS (SBN 274219)
bym@msk.com
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants Dua Lipa, Stephen Kozmeniuk, and Warner Records Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

BOSKO KANTE, p/k/a BOSKO KANTE, an individual,

Plaintiff,

v.

DUA LIPA, an individual; STEPHEN KOZMENIUK p/k/a KOZ, an individual; WARNER RECORDS INC.,; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. 2:23-cv-06186-HDV (PDx)

Honorable Cynthia Valenzuela

**JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES**

Third Amended Complaint: April 12, 2024
Trial Date: March 2, 2027

*[Declaration and [Proposed] Order Submitted Concurrently Herewith]*

# STIPULATION

Plaintiff Bosko Kante ("Plaintiff") and Defendants Dua Lipa, Stephen Kozmeniuk, and Warner Records Inc. (together, "Defendants") hereby stipulate as follows:

1. WHEREAS, on April 12, 2024, Plaintiff Bosko Kante ("Plaintiff") filed his Third Amended Complaint in this action (ECF 55);

2. WHEREAS, on October 24, 2025, the Court issued its Scheduling and Trial Order (ECF 86) setting forth the pretrial and trial dates in this matter;

3. WHEREAS, the parties have been engaged in discovery while simultaneously discussing whether a potential resolution of this action is possible;

4. WHEREAS, pursuant to that Order, the parties selected private mediation as their alternative dispute resolution procedure, with a completion deadline of January 8, 2027;

5. WHEREAS, the parties have scheduled a private mediation session for September 1, 2026, in an effort to resolve this action without further litigation;

6. WHEREAS, the parties have agreed to request an extension of certain deadlines in this action, so as to allow the parties to prepare for and complete the mediation without the distraction and expense of continued discovery and motion practice running in parallel;

7. WHEREAS, the parties believe that mediation will have the best probability of success if they can focus their efforts on that process through September 1, 2026, and as such, subject to the Court's agreement, the parties have agreed to pause the pretrial schedule for a period of twenty-eight (28) days;

8. WHEREAS, good cause exists for the requested continuance, as the parties have been diligent in pursuing their respective discovery and pretrial obligations, and the requested continuance is intended solely to facilitate a focused and productive mediation;

9. WHEREAS, the parties have proposed a revised schedule that only moves the trial date in this action by less than one month;

10. WHEREAS, no previous requests for continuance of the pretrial or trial dates in this action have been made; and

11. WHEREAS, the parties have conferred and agreed that a continuance of the dates set forth in the Scheduling and Trial Order that fall on or after September 1, 2026 is warranted under the circumstances, and that the Last Date to Hear Motion to Amend Pleadings or Add Parties, which has already passed, is not affected by this stipulation;

NOW, THEREFORE, based on the foregoing facts, the parties hereby stipulate that, subject to Court approval, the dates set forth in the Scheduling and Trial Order that fall on or after September 1, 2026 are continued as set forth in the table below, and that no other deadlines are affected by this stipulation:

| **Case No. 2:23-cv-06186-CV (PDx)** | **Case Name: Bosko Kante v. Dua Lipa, *et al.*** | | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | **Date mm/dd/yyyy** | **Proposed Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
| Trial | 3/2/2027 | 3/30/2027 | [X] Jury Trial<br>[ ] Court Trial<br>______<br>Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine | 2/12/2027 | 3/12/2027 | |
| **Event** [1]<br>Note: Hearings shall be on Fridays at 1:30 p.m. | **Date mm/dd/yyyy** | **Proposed Date mm/dd/yyyy** | **Court Order mm/dd/yyyy** |
| Last Date to Hear Motion to Amend Pleadings or Add Parties [Friday] | 1/23/2026 | N/A | |
| Fact Discovery Cut-Off [Friday] | 9/18/2026 | 11/20/2026 | |
| Expert Disclosure (Initial) | 9/25/2026 | 10/23/2026 | |
| Expert Disclosure (Rebuttal) | 10/9/2026 | 11/6/2026 | |
| Expert Discovery Cut-Off | 10/23/2026 | 11/20/2026 | |

| | | | |
|---|---|---|---|
| Last Date to Hear Motions [Friday]<br>• Joint MSJ brief due at least 28 days before hearing<br>• Supplemental memoranda re MSJ (if any) due 14 days before hearing | 12/11/2026 | 1/8/2027 | |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>*Select one*: [X] 1. Magistrate Judge *(with Court approval)*<br>[ ] 2. Court's Mediation Panel<br>[ ] 3. Private Mediation | 1/8/2027 | 2/5/2027 | [ ] 1. Mag. J.<br>[ ] 2. Panel<br>[ ] 3. Private |
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 1/15/2027 | 2/12/2027 | |
| **Trial Filings (second round)**<br>• Oppositions to Motions *In Limine*<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Decls. of Direct Testimony (bench trial only) | 1/29/2027 | 2/26/2027 | |

DATED: August 17, 2026 BENJAMIN LAW GROUP, P.C.

By: */s/ Na'il Benjamin*
Na'il Benjamin
Attorneys for Plaintiff Bosko Kante

DATED: August 17, 2026 MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Bradley J. Mullins*
Bradley J. Mullins
Attorneys for Defendants Dua Lipa, Stephen Kozmeniuk, and Warner Records Inc.

**Attestation Regarding Signatures**

I, Bradley J. Mullins, am the filer of the foregoing JOINT STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES, and attest that pursuant to L.R. 5-4.3.4 (a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and that I have obtained authorization to file this document with all "/s/" electronic signatures appearing within the foregoing document.

By: *_/s/ Bradley J. Mullins_*
Bradley J. Mullins