UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSKO KANTE, p/k/a BOSKO KANTE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DUA LIPA, an individual; STEPHEN KOZMENIUK p/k/a KOZ, an individual; WARNER RECORDS INC.,; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-06186-CV (PDx)<br><br>**ORDER CONTINUING PRETRIAL AND TRIAL DATES** |

On August 17, 2026, Plaintiff Bosko Kante and Defendants Dua Lipa, Stephen Kozmeniuk, and Warner Records Inc., filed a Joint Stipulation to Continue Pretrial Schedule and Trial Dates (“Stipulation”). Doc. # 89. The Court, having considered the Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS as follows:

The dates set forth in the Court’s Scheduling and Trial Order (Doc. # 86) shall be continued as follows:

///

| Trial and Final Pretrial Conference Dates | Previous Date mm/dd/yyyy | New Date mm/dd/yyyy |
|---|---|---|
| Trial | 3/2/2027 | 3/30/2027 |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine | 2/12/2027 | 3/12/2027 |
| **Event [1]**<br>Note: Hearings shall be on Fridays at 1:30 p.m. | **Date mm/dd/yyyy** | **Proposed Date mm/dd/yyyy** |
| Last Date to Hear Motion to Amend Pleadings or Add Parties [Friday] | 1/23/2026 | N/A |
| Fact Discovery Cut-Off [Friday] | 9/18/2026 | 11/20/2026 |
| Expert Disclosure (Initial) | 9/25/2026 | 10/23/2026 |
| Expert Disclosure (Rebuttal) | 10/9/2026 | 11/6/2026 |
| Expert Discovery Cut-Off | 10/23/2026 | 11/20/2026 |
| Last Date to Hear Motions [Friday]<br>• Joint MSJ brief due at least 28 days before hearing<br>• Supplemental memoranda re MSJ (if any) due 14 days before hearing | 12/11/2026 | 1/8/2027 |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>*Select one*: [X] 1. Magistrate Judge<br>[ ] 2. Court's Mediation Panel<br>[ ] 3. Private Mediation | 1/8/2027 | 2/5/2027 |
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 1/15/2027 | 2/12/2027 |
| **Trial Filings (second round)**<br>• Oppositions to Motions *In Limine*<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Decls. of Direct Testimony (bench trial only) | 1/29/2027 | 2/26/2027 |

**IT IS SO ORDERED.**

DATED: September 4, 2026

Cynthia Valenzuela

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE