MITCHELL SILBERBERG & KNUPP LLP
DAVID A. STEINBERG (SBN 130593)
das@msk.com
BRADLEY J. MULLINS (SBN 274219)
bym@msk.com
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants Dua Lipa, Stephen Kozmeniuk, and Warner Records Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

BOSKO KANTE, p/k/a BOSKO KANTE, an individual,

Plaintiff,

v.

DUA LIPA, an individual; STEPHEN KOZMENIUK p/k/a/ KOZ, an individual; WARNER RECORDS INC.; and DOES 1 through 10, inclusive,

Defendants.

CASE NO. 2:23-cv-06186-CV-PD

Honorable Cynthia Valenzuela

**STIPULATION RE: DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**

STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff Bosko Kante ("Plaintiff") and Defendants Dua Lipa, Stephen Kozmeniuk, and Warner Records Inc. (collectively, "Defendants"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), as follows:

1. The entire action is hereby dismissed with prejudice.
2. Plaintiff and Defendants shall bear their own costs, expenses, and attorneys' fees as against one another in connection with this action.

DATED: October 26, 2026

MITCHELL SILBERBERG & KNUPP LLP

By: ______________________
David A. Steinberg
Bradley J. Mullins
Defendants Dua Lipa, Stephen Kozmeniuk, and Warner Records Inc.

DATED: October 24, 2026

BENJAMIN LAW GROUP, P.C.

By: ______________________
Na'il Benjamin
Plaintiff Bosko Kante